# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

RYAN HOBBS, : Case No. 1:13-cv-928

    Petitioner, :

- vs - : District Judge Timothy S. Black
       Magistrate Judge Michael R. Merz

:

OHIO ADULT PAROLE AUTHORITY,

:

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 89), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Petitioner's request for "Writ of Coram Nobis" and for evidentiary hearing (ECF No. 88) be DENIED.

November 15, 2019.

_____
Timothy S. Black
United States District Judge