# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| RYAN HOBBS, | Case No. 1:13-cv-928 |
| Petitioner, | Judge Timothy S. Black |
| vs. | Magistrate Judge Michael R. Merz |
| OHIO ADULT PAROLE AUTHORITY, | |
| Respondent. | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 91)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on November 13, 2019, submitted a Report and Recommendation (Doc. 91). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, for the reasons stated above:

1. The Report and Recommendation (Doc. 91) is **ADOPTED**; and

2. Petitioner's Motion for Relief from Judgment (Doc. 90) is **DENIED**.

**IT IS SO ORDERED.**

Date: 12/18/19

Timothy S. Black
United States District Judge