# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

RYAN D. HOBBS,

        Petitioner,      :     Case No. 1:13-cv-928

  - vs -                             District Judge Timothy S. Black
                                    Magistrate Judge Michael R. Merz

OHIO ADULT PAROLE AUTHORITY,

                                  :

        Respondent.

## DECISION AND ORDER DENYING MOTION FOR LEAVE TO FILE UNDER SEAL

This habeas corpus case, brought *pro se* by Petitioner Ryan Hobbs, is before the Court on his Motion for Leave to File under Seal (ECF No. 94). Hobbs represents that the documents he wishes to file under seal are "medical records submitted to me as apart [sic] of criminal discovery in the criminal case subject to habeas review in this Court."

The criminal case in question is *State v. Hobbs*, Case No. 07CR24593, a prosecution in the Common Pleas Court of Warren County for rape, abduction, and assault (Return of Writ, ECF No. 7-1, Indictment, Ex. 2). They are the medical records of S.B. who Hobbs represents has never authorized the records to be made public. The Motion implies that the documents have been made to comply with "S.D. Ohio Civ. R. 5.2.1(b) . . . and submitted to the Clerk."

Because the Magistrate Judge has recommended that Petitioner's contemporaneous motion for relief from judgment be denied, the Magistrate Judge concludes these medical records should not be filed at all. The Deputy Clerk who docketed Hobbs' recent filings has advised the

undesigned that no documents have been deposited with the Clerk.

If the Report and Recommendation is rejected, Hobbs may move again for leave to file under seal.  His instant Motion to that effect is DENIED.

September 1, 2023.

s/ *Michael R. Merz*<br>United States Magistrate Judge