# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

RYAN D. HOBBS,

        Petitioner,    :    Case No. 1:13-cv-928

- vs -        District Judge Timothy S. Black
        Magistrate Judge Michael R. Merz

OHIO ADULT PAROLE AUTHORITY,

        :

        Respondent.

## DECISION AND ORDER

This habeas corpus case is before the Court on Petitioner's Motion (ECF No. 114) to Strike the Magistrate Judge's Decision and Order Denying Motion for an Order to Show Cause (ECF No. 112), on Petitioner's Motion (ECF No. 115) to Strike Judge Black's Order (ECF No. 108), and on Petitioner's Motion (ECF No. 116) to Strike the Magistrate Judge's Report and Recommendations (ECF No. 113) recommending denial of Petitioner's Motion for Relief from Judgment (ECF No. 109).

Fed.R.Civ.P. 12(f) authorizes a District Court to strike from a pleading any "redundant, immaterial, impertinent, or scandalous matter." All three of Petitioner's Motions to Strike (ECF Nos. 114, 115, and 116) are denied because they do not meet that standard. None of the three filings sought to be stricken is a pleading within the meaning of Fed.R.Civ.P. 7. And none of them is redundant, immaterial, impertinent, or scandalous.

IT IS SO ORDERED.

July 23, 2024.

s/ *Michael R. Merz*<br>
United States Magistrate Judge